# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMIE BENARD MITCHELL

NO. 2025 KW 0245

JUNE 16, 2025

---

In Re:    Jamie Benard Mitchell, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 08-WFLN-070.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT